Hans Jensen & Sons, Inc., an Illinois Corporation, Appellant, v. Sylvia B. Wentworth, Appellee.

Gen. No. 47,488.

First District, Second Division.

January 13, 1959.

Released for publication June 18, 1959.

Garoon and Watt, for appellant; Clausen, Hirsh, Miller & Gorman, and Cummings & Wyman, for defendant-appellee. Opinion by JUSTICE MURPHY. Not to be published in full.